```
                                            FILED
                                       U.S. DISTRICT COURT
                                          AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

```
20 MAY 18 PM 4:24

CLERK__J.Hooks_____
      SO. DIST. OF GA.
```

| | | |
|---|---|---|
| RAKEIM JAQUIN HILLSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-029 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| CORE CIVIC; VANCE LAUGHIN; | ) | |
| PITTMAN HERMAN; GABNALLE GRIE; | ) | |
| and JENNY WILLIAM, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 18th day of May, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE